IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BELLUSA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOARD OF EDUCATION OF THE OAKLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No.: C-13-2930 JSC<br><br>**ORDER RE: HEARING ON DEFENDANTS' MOTION TO DISMISS** |

Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 24) is set for hearing on December 5, 2013. At the hearing, the parties shall be prepared to address how the Court should proceed with the motion given that Defendant Peter Sarna, the former Police Chief for the Oakland Unified School District, has failed to appear or respond to the complaint although he was served on August 27, 2013 (Dkt. No. 10), and as a consequence, he has not consented to the jurisdiction of a magistrate judge pursuant to 28 U.SC. § 636(c).

**IT IS SO ORDERED**.

Dated: December 4, 2013

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE